## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID MONSERRATE, | : | No. 3:26cv331 |
| | : | |
| Petitioner | : | (Judge Munley) |
| | : | |
| v. | : | |
| | : | |
| WARDEN, LSCI-ALLENWOOD, | : | |
| | : | |
| Respondent | : | |

## ORDER

**AND NOW**, to wit, this 26 day of March 2026, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1.    The habeas petition is **DENIED**.  (Doc. 1).

2.    The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court